1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721
4  Telephone: (559) 497-4000

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11  UNITED STATES OF AMERICA,      )  CASE NO.  1:11-CR-184 AWI
                                   )
12                  Plaintiff,     )  STIPULATION AND [PROPOSED]
                                   )  ORDER TO SET CHANGE OF PLEA
13  v.                             )  HEARING
                                   )
14  JENNIFER STROUD,               )
                                   )
15                  Defendant.     )

16

17      IT IS HEREBY STIPULATED by and between the parties hereto and

18  through their attorneys of record that a Change of Plea hearing be

19  schedule on Monday, May 21, 2012 at 10:00 a.m.

20

21  May 10, 2012                    Respectfully submitted,

22

23                                  BENJAMIN B. WANGER
                                    U.S. Attorney

24
                                By:  /s/ Kimberly A. Sanchez
25                                   KIMBERLY A. SANCHEZ
                                     Assistant U.S. Attorney

26

27  May 10, 2012                     /s/ Dale Blickenstaff
                                     DALE BLICKENSTAFF
28                                   Attorney for Defendant

                                   1

1

2

**ORDER**

3          Pursuant to the motion by the United States, IT IS HEREBY

4    ORDERED that a Change of Plea hearing is hereby set on May 21, 2012.

5

6    IT IS SO ORDERED.

7    Dated:      May 11, 2012

8                                        CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2