**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
JENNIFER STROUD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER STROUD,<br><br>Defendants. | Case No.: 1:11-CR-00184 DAD/BAM<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING**<br><br>DATE: MAY 7, 2018<br>TIME: 10:00 a.m.<br>JUDGE Honorable Dale A. Drozd |

It is hereby stipulated by and between United States Attorney, McGregor Scott and Assistant United States Attorney, Christopher Baker, and Dale A. Blickenstaff, Attorney for the Defendant, that the sentencing hearing date set for April 23, 2018, at 10:00 a.m. before the Honorable Dale A. Drozd be continued to May 7, 2018, at 10:00 a.m.

The reason for the request is that the defense needs additional time to locate a suitable residential drug rehabilitation program for the Defendant.

The United States Probation Officer, Marlene DeOrian has been consulted about this continuance and the reason therefore and has no objection.

///

STIPULATION AND ORDER TO CONTINUE HEARING
1

Dated: April 17, 2018 Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney


By     /s/  Christopher Baker _____
CHRISTOPHER BAKER, AUSA


By     /s/  Dale A. Blickenstaff _____
DALE A BLICKENSTAFF, Attorney for Defendant,
JENNIFER STROUD

## **ORDER**

The Court has reviewed and considered the stipulation of the parties to continue hearing in this case. Good Cause appearing, the hearing is as to Jennifer Stroud currently set for April 23, 2018, is continued to May 7, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **April 17, 2018**   *Dale A. Drozd*
                             UNITED STATES DISTRICT JUDGE