# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JENNIFER STROUD** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: **1:11CR00184-3**<br><br>Defendant's Attorney:  Dale Blickenstaff, Appointed. |

**THE DEFENDANT:**

[✔]   admitted guilt to violation of charges <u>1, 2, and 3</u>, as alleged in the violation petition filed on <u>6/13/2017.</u>

[ ]   was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on___

The defendant is adjudicated guilty of these violation(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| Charge 1 | Failure to Follow Instructions of the Probation Officer | 6/12/2017 |
| Charge 2 | Failure to Notify of Change in Residence | Since 5/19/2017 |
| Charge 3 | Failure to Participate in Counseling Appointment as Directed | 6/2/2017 and 6/9/2017 |

The court: [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on <u>7/30/2012.</u>

The defendant is sentenced as provided in pages 1 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Appeal Rights GIVEN.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/7/2018
Date of Imposition of Sentence

*/s/ Dale A. Drozd*
Signature of Judicial Officer

**DALE A. DROZD**, United States District Judge
Name & Title of Judicial Officer

5/8/2018
Date

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for term of: <u>12 months.</u>

[✔] No term of supervised release to follow.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
 [ ] at ___ on ___.
 [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 [ ] before _ on ___.
 [ ] as notified by the United States Marshal.
 [ ] as notified by the Probation or Pretrial Services Officer.
 If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
United States Marshal

_____  
By Deputy United States Marshal